UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VIRGINIA BLACK                                    JURY TRIAL DEMANDED

V.                                                CASE NO 3:06CV

MERCHANTS' CREDIT GUIDE CO.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.   The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3.  Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6.  In 1989, plaintiff had her Chase Master Card stolen at gun point.

7.  In May, 2004, defendant attempted to collect the Chase account.

8.  In May, 2004, Plaintiff sent a written dispute notifying defendant that the account was beyond the statute of limitations and explaining that it was not owed due to the circumstances.

9.  By letter dated December 9, 2005, Defendant sent a collection letter to plaintiff using the same name and address as it had used in 2004, seeking payment on the same Chase account with the same account number.

First Count

9. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c, d, e, f, or g.

Second Count.

10.   The allegations of the First Count are repeated and realleged as if fully set forth herein.

11. Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, C.G.S. § 36a-800 *et seq.*

11. Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.   Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2.    Award the plaintiff costs of suit and a reasonable attorney's fee;

3.   Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
NEW HAVEN, CT 06511-2422
(203) 772-0395
 j.faulkner@snet.net

2